# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)   Moore, Jr., William T. | 2. Court or Organization   Southern District of Georgia | 3. Date of Report   05/13/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)   U.S. District Judge | 5a. Report Type (check appropriate type)   ☐ Nomination    Date   ☐ Initial  ☑ Annual  ☐ Final   5b. ☐ Amended Report | 6. Reporting Period   01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

P.O. Box 10245
Savannah
Georgia
31412

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/13/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Board of Criminal Lawyers | October 10-13, 2013 | Atlanta, Georgia | Annual Meeting | Transportation, Meals and Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Moore, Jr., William T.** | 05/13/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | SunTrust Bank | Personal Note | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AbbVie Ins SHS | A | Dividend | J | T | | | | | See explanation |
| 2. Abbott Labs | A | Dividend | J | T | | | | | |
| 3. Allstate Corp. Common Stock | A | Dividend | J | T | | | | | |
| 4. Amgen Corp. Common Stock | A | Dividend | K | T | | | | | |
| 5. Bristol-Myer Squibb | A | Dividend | J | T | | | | | See explanation |
| 6. CVS Caremark | A | Dividend | J | T | | | | | See explanation |
| 7. Caterpillar Inc. Del | A | Dividend | K | T | | | | | |
| 8. Cisco Systems, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 9. Comcast Corp. New C L A | A | Dividend | K | T | | | | | |
| 10. Conoco Phillips Common Stock | A | Dividend | K | T | | | | | |
| 11. Coca-Cola Co. | A | Dividend | J | T | Buy | 09/23/13 | J | | See explanation |
| 12. Cotsco Companies, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 13. Danaher Corp. Del Common Stock | A | Dividend | J | T | | | | | |
| 14. Devon Energy Coorporation | A | Dividend | J | T | | | | | |
| 15. Duke Energy | A | Dividend | J | T | Buy | 07/22/13 | J | | |
| 16. Du Pont E I DE Nemours | A | Dividend | J | T | | | | | |
| 17. Express Scripts, Inc. | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FIA Card Services NA RASP | A | Interest | K | T | | | | | |
| 19. First Horizon National Corp. | A | Dividend | J | T | | | | | See explanation |
| 20. General Electric Common Stock | A | Dividend | J | T | | | | | |
| 21. General Electric Common Stock | A | Dividend | J | T | | | | | |
| 22. Glaxco SmithKline ADS | A | Dividend | J | T | | | | | |
| 23. Goldman Sachs Group | A | Dividend | J | T | | | | | See explanation |
| 24. Google, Inc. CL A | A | Dividend | J | T | | | | | |
| 25. Helmerich Payne Inc. | A | Dividend | J | T | | | | | |
| 26. Home Depot Common Stock | A | Dividend | K | T | Sold (part) | 11/15/13 | J | | |
| 27. IShares Barclays | A | Dividend | J | T | | | | | |
| 28. Infosys Tech, LTD ADR | A | Dividend | J | T | Sold (part) | 07/25/13 | J | | |
| 29. Intel Corp. Common Stock | A | Dividend | J | T | | | | | |
| 30. Janus IRA-Constrarian Fund (Mutual Fund) | A | Dividend | K | T | | | | | |
| 31. Kraft Foods, Inc. VA CL A | A | Dividend | J | T | | | | | |
| 32. Merck & Co. Inc., SHS | A | Dividend | J | T | | | | | |
| 33. Merrill Lynch IRA Rollover Acct | | | | | | | | | See explanation |
| 34. Microsoft Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Minnesota Mining & Mfg. Co. (3M Company) Common Stock | A | Dividend | K | T | Sold (part) | 11/12/13 | J | | |
| 36. Mondelez Intern. Inc. | A | Dividend | J | T | | | | | |
| 37. Murphy Oil Corp. Common Stock | A | Dividend | J | T | Sold (part) | 10/03/13 | J | | |
| 38. Murphy USA Inc. | A | Dividend | J | T | | | | | See explanation |
| 39. Nucor Corporation | A | Dividend | J | T | | | | | |
| 40. Pepsico, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 41. Phillips 66 | A | Dividend | J | T | | | | | |
| 42. Proctor & Gamble Common Stock | A | Dividend | K | T | Sold (part) | 05/29/13 | J | | |
| 43. Qualcomm, Inc | A | Distribution | J | T | Buy | 03/08/13 | J | | |
| 44. Republic Services, Inc. | A | Dividend | J | T | Buy | 03/08/13 | J | | |
| 45. Scottrade | | | | | | | | | See explanation |
| 46. SunTrust Bank Money Market Acct. | A | Int./Div. | K | T | | | | | |
| 47. Sysco Corp. | A | Dividend | J | T | | | | | |
| 48. TJX Companies, Inc. Common Stock | A | Dividend | K | T | Sold (part) | 04/17/13 | J | | |
| 49. TEVA Pharmac TCL INDS ADR | A | Dividend | J | T | Sold | 10/25/12 | J | | See explanation |
| 50. Union Pacific | A | Dividend | K | T | | | | | |
| 51. U.S. Treasury Note 07/31/13 | A | Interest | K | T | Redeemed | 07/31/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. U.S. Treasury Note 01/15/14 | A | Interest | K | T | | | | | |
| 53. U.S. Treasury Note 05/31/14 | A | Interest | K | T | | | | | |
| 54. U.S. Treasury Note 12/31/15 | A | Interest | K | T | | | | | |
| 55. U.S. Treasury Note 03/31/15 | A | Interest | K | T | | | | | |
| 56. U.S. Tresury Note 11/30/14 | A | Interest | K | T | | | | | |
| 57. Vanguard REIT EFT | A | Dividend | K | T | Sold (part) | 03/08/13 | J | | |
| 58. Vanguard Extd MKT EFT | A | Dividend | K | T | | | | | |
| 59. Vanguard FTSE All World | B | Dividend | K | T | | | | | |
| 60. Vanguard Short-Term Bond | A | Dividend | L | T | | | | | |
| 61. Vanguard Interm-Term Gov't Bond | A | Interest | K | T | | | | | |
| 62. Vanguard Long-Term Gov Bond | A | Interest | K | T | | | | | |
| 63. Vanguard Emerging MKTS ETF | A | Dividend | J | T | | | | | |
| 64. Walt Disney Co. Common Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/13/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

37)Explanation - Line 1
AbbVie Ins SHS - Aquired from a split with Abbott Labs (listed on line 2).

Explanation - Line 5
Birstol-Myer Squibb Co. - Information was inadvertently listed as a full sale 04/05/11 when it was only a partial sale.

Explanation - Line 6
CVS Caremark - Information was inadvertently listed as a full sale 04/05/11 when it was  only a partial sale.

EXPLANATION- Line 11
Coca-Cola Co. - Information listing as a purchase inadvertenly omitted from report.

Explanation - Line 19
First Horizon National Corp. - Infomation was inadvertently listed as a full sale  04/05/11 when it was only a partial sale.

Explanation - Line 23
Goldman Sachs Group - Information was inadvertenly listed as a full sale on 04/05/11 when it was only a partial sale.

Explanation - Line 33
Merrill Lynch IRA Rollover Account - All assets of this account are included individually in Part VII of this report.

Explanation - Line 38
Murphy USA, Inc. - Aquired from a split with Murphy Oil Corp. (listed on line 37).

Explanation - Line 41
Scottrade - All assests of this account are included individually in Part VII of this report.

Explanation - Line 49
TEVA Pharmac TCL INDS ADR - Listed as a partial sale on 10/25/12 when it was a total sale.

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/13/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **William T. Moore, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544